```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                         Case No. 14-01779-RNO
Daniel P Dutka                                                 Chapter 13
Jane L Dutka
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CGambini         Page 1 of 1        Date Rcvd: Dec 23, 2014
                            Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
db/jdb         +Daniel P Dutka,   Jane L Dutka,   51 Loretta Drive,   Jefferson Twp, PA 18436-5025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2014 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    JPMorgan Chase Bank, National Association
               joseph.dessoye@phelanhallinan.com
              Mark J. Conway    on behalf of Debtor Daniel P Dutka MJC@mjconwaylaw.com,
               connie@mjconwaylaw.com;info@mjconwaylaw.com
              Mark J. Conway    on behalf of Joint Debtor Jane L Dutka MJC@mjconwaylaw.com,
               connie@mjconwaylaw.com;info@mjconwaylaw.com
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paul.cressman@phelanhallinan.com
              Steven C Gould    on behalf of Creditor    PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Daniel P Dutka<br>Jane L Dutka | Chapter 13 |
| | Case No. 5:14−bk−01779−RNO |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 21, 2014. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: December 23, 2014

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: CGambini, Deputy Clerk